## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA,**

**V.**                                                                 **NO: 3:20CR19**

**CHRISTOPHER CASEY COOK**


## ORDER

Presently before the Court is Defendant Christopher Casey Cook's ("Cook") *Motion for Reconsideration of Bond Pending Trial* [44]. Cook's trial is currently set for June 15, 2020. The government has moved for a continuance citing the ongoing COVID-19 pandemic and its concerns regarding the ability to socially distance and conduct a trial. Cook opposed the continuance of his trial if he was to remain in custody indefinitely.

Recognizing the challenges posed by COVID-19 and social distancing, the Court finds the defendant's motion for reconsideration to be well-taken and as such shall reinstate Cook's bond pursuant to the terms and conditions set forth in Magistrate Judge Percy's Order [15] dated February 11, 2020. The defendant is warned that any additional violations of these conditions shall subject him to arrest and revocation of bond.

Accordingly, it is hereby **ORDERED** that Christopher Casey Cook's ("Cook") *Motion for Reconsideration of Bond Pending Trial* [44] is **GRANTED**.

**SO ORDERED**, this the 5th day of June, 2020.


/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**