IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.   CAUSE NO. 3:20CR19-M-P

CHRISTOPHER CASEY COOK

### ORDER

The Court having granted the Defendant's motion to dismiss the indictment [48] in this matter hereby orders Christopher Casey Cook discharged from pretrial supervision. This case having been closed, the bond posted on behalf of Christopher Casey Cook shall be immediately released and returned to Patricia Cook at her usual mailing address.

This case is closed.

This the 14th day of July 2020.

_____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI